**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL EDWARD KREMER,<br><br>Defendant. | Case No. 2:25-mj-388-MDC<br><br>**Order Continuing Bench Trial** |

Based on the pending stipulation of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the bench trial in the above-captioned matter currently scheduled for February 11, 2026 at the hour of 9:00 a.m. be vacated and continued to  March 18, 2026  at the hour of 9:00 a.m.

DATED this  10th  day of February 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3