Counsel for Defendant Whyard

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>MICHAEL KREMER,<br>Defendant. | Case No.: 2:25-mj-00388-MDC<br><br>**ORDER** |

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

The Defendant has complied with all of the court ordered requirements and pursuant to the plea agreement the charge of In Actual Physical Control of a Motor Vehicle while Under the Influence of Alcohol, a violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, is amended to the charge of Reckless Driving, a violation of 18 U.S.C. 13 and N.R.S. 484B.653.

**IT IS FURTHER ORDERED** that this case may be closed and the hearing scheduled for November 19, 2026 be vacated.

**IT IS SO ORDERED** this 19th day November, 2026.



UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

/s/ W. Michael Horvath

W. MICHAEL HORVATH, ESQ.
Nevada Bar No. 14545
Attorney for Defendant Michael Kremer